# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 3, 2019

Via ECF

The Honorable Valerie E. Caproni,
    United States District Court,
        Southern District of New York,
            40 Foley Square,
                New York, New York  10007.

        Re:      <u>Gross</u> v. *AT&T Inc. et al.*, No. 19 Civ. 2892 (S.D.N.Y.)

Dear Judge Caproni:

        The parties in this action jointly submit the attached Stipulation and [Proposed] Order, which addresses service of the Complaint and certain scheduling matters.  Pursuant to Your Honor's Individual Rule of Practice 2(D), the parties are also emailing a Microsoft Word version of the Stipulation and [Proposed] Order to the Court.

        Respectfully submitted,

        <u>*/s/ William B. Monahan*</u>

        William B. Monahan

cc:    Counsel of Record (via ECF)