**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MELVIN GROSS, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　19 **CIVIL** 2892 (VEC)

## JUDGMENT

AT&T INC., RANDALL L. STEPHENSON, JOHN J. STEPHENS, SAMUEL A. DI PIAZZA, JR., RICHARD W. FISHER, SCOTT T. FORD, GLENN H. HUTCHINS, WILLIAM E. KENNARD, MICHAEL B. MCCALLISTER, BETH E. MOONEY, JOYCE M. ROCHÉ, MATTHEW K. ROSE, CYNTHIA B. TAYLOR, LAURA D'ANDREA TYSON, and GEOFFREY Y. YANG,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 27, 2021, Plaintiffs' motion to amend the complaint is DENIED. Plaintiffs' claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

    September 28, 2021

                                            **RUBY J. KRAJICK**

                                              **Clerk of Court**

                     **BY:**    *K. Mango*

                                              **Deputy Clerk**